UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.:

FILED

2017 MAY -5 AM 10: 30

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JAYA SHIVANI SINGH,

    Plaintiff,

v.

LEVY WORLD LIMITED PARTNERSHIP
d/b/a FULTON'S CRAB HOUSE,

6:17-cv-802-ORL-41-DCI

    Defendant.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, Levy World Limited Partnership d/b/a Fulton's Crab House ("Levy"), has removed this cause to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1. On or about April 5, 2017, a civil action was filed in the Ninth Judicial Circuit, Orange County, Florida entitled *Jaya Shivani Singh v. Levy World Limited Partnership d/b/a Fulton's Crab House*, Case No. 2017-CA-003028 (39). Other than the filing of the Complaint and the Summons and written discovery that was served by Plaintiff with the Complaint, no proceedings have transpired in this matter.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

3. Levy accepted service on April 7, 2017. This Notice of Removal is filed within thirty (30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), Levy, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and has filed a copy of this Notice with the Clerk of the Ninth Judicial Circuit, Orange County, Florida, from which this case

was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

**FEDERAL QUESTION JURISDICTION**

5.    This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing a federal question cause of action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (See Complaint, ¶ ¶ 28-37).

6.    Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Levy accordingly requests the removal of this case from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to this Court.

Date: May 4, 2017

Respectfully submitted,

By: _____

Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 4, 2017**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorney for Defendant*

**SERVICE LIST**

**United States District Court – Middle District of Florida**
**Jaya Shivani Singh v. Levy World Limited Partnership d/b/a Fulton's Crab House**
**Case No.:**

Arielle K. Brandt
awilliams@itsaboutjustice.law
Cohen Grossman
350 North Lake Destiny Road
Maitland, Florida 32751
Telephone (407) 478-4878
Facsimile (407) 478-0204

*Attorneys for Plaintiff*

Steven A. Siegel
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys for Defendant*